FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LISA M. BATTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 12-1596 AN<br><br>/PROPOSED/ ORDER OF DISMISSAL |

　　Pursuant to the parties' stipulation for dismissal, this action is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　IT IS SO ORDERED.

DATE: March 19, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE